UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Patrick Moxhet, Anthony Johnson, Danny Johnson, and James Keitt, On Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> Telstar Cable Communications, Inc.; Dawn H. Collins, and James Collins, Individually, <br><br> Defendants. | ) C/A No. 4:13-896-MGL-KDW <br> ) <br> ) <br> ) <br> ) REPORT AND RECOMMENDATION <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

On March 3, 2014, Telstar Cable Communications, Inc., Dawn H. Collins, and James Collins ("Defendants") were given 45 days to obtain new legal counsel. Order, ECF No. 25. The time for Defendants' compliance has now passed and no attorney has appeared on their behalf. Thus, Defendants are now considered to be in this case pro se. Under Local Civil Rule 73.02(B)(2) of the United States District Court for the District of South Carolina, pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge. In an April 23, 2014 Order, the court advised individual pro se Defendants Dawn Collins and James Collins ("individual Defendants") of special pleading rules applicable to pro se litigants in this District and advised corporate pro se Defendant Telstar Cable Communications, Inc. ("Telstar") that it could not continue to proceed pro se as the law and rules of the court require that corporate defendants be represented by legal counsel. Order, ECF No. 36 (citing Local Civ. R. 83.I.07 (D.S.C.) and applicable case law). In that Order, the undersigned advised Telstar that failure to comply with court rules could have serious consequences and that if it failed to obtain licensed counsel who filed an entry of appearance within the deadline, the undersigned would recommend that default be entered against it. ECF No. 36.

The Clerk of Court served the April 23, 2014 Order on each Defendant by regular and certified mail. ECF No. 38. Certified mail receipts were returned to the court, indicating service was effected on all Defendants on April 24, 2014. ECF Nos. 39-41. Although Defendant Telstar received the court's Order advising that it could not proceed in this matter pro se, no licensed counsel has entered an appearance on behalf of Defendant Telstar, nor has Telstar communicated with the court regarding the now-passed deadline. Accordingly, it is recommended that default be entered against Defendant Telstar.

The Clerk of Court is to serve a copy of this Report and Recommendation on all Defendants, sending it by regular and certified mail to the last available address of record.

IT IS SO RECOMMENDED.

May 21, 2014                                        Kaymani D. West
Florence, South Carolina                            United States Magistrate Judge

**The parties are directed to note the important information in the attached "Notice of Right to File Objections to Report and Recommendation."**